THE State of Texas    Cause No. 2014CR2945    In the District Court

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 25 2015

Vs.

175th Judicial District

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 FEB 18 PM 1:01
KEITH E. HOTTLE, CLERK

Steven Mitchell Gary    Abel Acosta, Clerk    Bexar County, Texas

73,197-02

Motion to Dismiss for Failure to provide a Constitutional Speedy Trial

SCANNED
Date: 2.19.15
Initials:

To THE Honorable Judge of Said Court:

Now Comes Steven Mitchell Gary, defendant In the above entitled and numbered cause, by and thru his attorney of Record Patrick Montgomery and with the authority of the 6th and 14th amendments to the United States Constitution, and art. I Sec. 10 of the Texas Constitution art I .05 of the Texas Code of Criminal Procedure, files this motion to dismiss and would show the Court the following:

1.) On the 21st day of December 2013, the defendant was arrested and charged with the offense of Family Violence 2nd, alleged to have been committed on the day of arrest.

**MOTION DENIED**
DATE: 3-11-15
BY:

2.) Defendant at all times since his arrest has been available and Ready for trial, but the State has Not exercised due diligence In preparing for trial, In Securing the attendance of witnesses or the presence of the defendant, and this unreasonably delay In bringing the case to

trial has been due solely to the States lack of diligence.

3.) The Defendant has been prejudiced by the States unreasonable delay, and Judges Revocation of P.R. Bond that was Issued due to exculpatory Evidence* affidavit of NON PROSECUTION made by Complaintant Chevela Nicole woods on 2-24-14 well before defendant was Indicted, and done without Explanation. BARKER V. WINGO, 407 US 514, 92 S.Ct. 2182 (1972) Meshell V. State, 739 S.W. 2d 246 (Tex. CR. APP. 1987)

4.) The States failure to provide a speedy trial IS IN direct violation of the 6th and 14th amendment to the U.S. CONST., and ART. 1.05 of the Texas -CODE of CRIMINAL Procedure, and art. 1, Sec. 10 of the Texas CONST. BARKER V. WINGO 407 U.S.514, 92 S.Ct. 2182 (1972) Meshell V. State (TEX. CR. APP. 1987)

5.) The defendants Constitutional Rights have been *Seriously Violated Resulting IN Impairment to his defense and IN UNDUE OPPRESSION and anxiety due to his pre-trial detainment. Griffith V. State 976 S.W. 2d 686 (Tyler App. 1997)

6.) This pre-trial detainment has caused IRREPERABLY harm to his Social and Economic position.

WHEREFORE, Defendant prays that said charge be dismissed with prejudice *and Defendant be released from confinement, "and all relief he is entitled". "Respectfully Submitted"

_____          Steven/Gary
attorney for Defendant                    Defendant

## Certificate of Service

Before me, the undersigned authority, on this day personally appeared Steven Mitchell Gary, Defendant in the above entitled and numbered cause, I have read the foregoing motion for a Speedy Trial and swear that all of the allegations of fact contained there in are true and correct

Steven M. Gary
Defendant

Subscribed and Sworn to me on this the 11th day of February A.D., 2015

Sandra Lynn Malloy
Notary Public in and for Bexar County, Texas

SANDRA LYNN MALLOY
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 02-22-2015

## ORDER OF THE COURT

Defendants motion to dismiss for failure to provide a Constitutional Speedy Trial IS:

( ) GRANTED                    ( ) DENIED


_____
Judge PRESIDING